In the Matter of the Claim of John Wawrzonek, Respondent, against Joseph Kostrzewa, Appellant. State Industrial Board, Respondent.— This is an appeal by a non-insured employer from an award in claimant's favor. The State Industrial Board found that on July 21, 1936, while engaged in his regular employment, claimant stumbled and fell and received the injuries which resulted in the award. The State Industrial Board also found that claimant was hired by the employer. The evidence sustains the findings. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of Edward Tellkamp, Deceased (Helen Tellkamp, Widow), Respondent, against M. B. Brown Printing Company and Another, Appellants. State Industrial Board, Respondent.— Appeal from an award to claimant, widow of deceased employee, who died from causes unrelated to the injuries in question and after his death an award was made to claimant herein, based on a thirty-five per cent loss of use of left forearm. Such award after death is permitted by subdivision 4 of section 15 of the Workmen's Compensation Law. The award, however, was at the rate of twenty-five dollars per week but at the time of the accident the amount permitted by the statute was twenty dollars per week. Award modified by reducing the rate from twenty-five dollars per week to the rate of twenty dollars per week and as thus modified unanimously affirmed, with costs to the appellants against the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of Herbert Driver, Respondent, against Baker, Smith & Co., Inc., and Another, Appellants. State Industrial Board, Respondent.— On May 1, 1936, the claimant herein sustained accidental injuries for which the award was made. The sole question presented to this court for review is whether the wage rate of the claimant, who was a minor at the time of the accident, was properly increased in accordance with section 14, subdivision 5, of the Workmen's Compensation Law. The evidence is sufficient to support the award under the decisions construing this section. (See *Szmuda* v. *Kent Bag Co.*, 214 App. Div. 341.) Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of Michael W. Wipfler, Appellant, against City of Elmira and Another, Respondents. State Industrial Board, Respondent.— Appeal by claimant, a civil engineer of the city of Elmira, from a decision denying compensation, for injuries sustained by him in a fall in the City Hall of about forty-one feet over the stairway to a stairs landing three flights below. The State Industrial Board has found upon sufficient evidence that the injuries sustained by claimant were due solely to intoxication. Decision unanimously affirmed, without costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.